IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02026-MEH

PIERROT BABANAWO,

      Plaintiff,

v.

RESURGENT CAPITAL SERVICES, LP, and
LVNV FUNDING, LLC,

      Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is Plaintiff's Notice of Voluntary Dismissal (ECF 10) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The case was dismissed with prejudice as of the entry of the Notice. Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)). No order of dismissal is necessary.

      The Clerk of Court shall close this case.

      Dated and entered at Denver, Colorado, this 6th day of January, 2023.

      BY THE COURT:

      *Michael E. Hegarty*

      Michael E. Hegarty
      United States Magistrate Judge